**STATE of Missouri, Respondent,**

v.

**William D. EATON, Appellant.**

**No. WD 51930.**

Missouri Court of Appeals,
Western District.

Feb. 4, 1997.

Richard E. McFadin, Gallatin, for Appellant.

Michael Dean Arnold, Prosecuting Attorney, Daviess County, Gallatin, for Respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

This is an appeal from a conviction following a jury trial for the Class A misdemeanor of assault in the third degree, § 565.070.

Judgment affirmed. Rule 30.25(b).

**Russell L. MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52536.**

Missouri Court of Appeals,
Western District.

Submitted Oct. 18, 1996.

Decided Feb. 4, 1997.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

### ORDER

PER CURIAM:

Russell L. Martin appeals from the denial of his Rule 24.035 motion to vacate his judgment and sentence. On appeal he challenges the constitutionality of the time limits provided in Rule 24.035 for filing a post-conviction motion.

Judgment is affirmed. Rule 84.16(b).